**Maria GONZALEZ–GARIBALDO, Petitioner,**

**v.**

**Alberto GONZALES, Attorney General,\* Respondent.**

No. 03–73837.
Agency No. A72–538–069.

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2005.\*\*

Decided April 1, 2005.

Jaime Jasso, Immigration Appealworks, Westlake Village, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service Laguna Niguel, CA, Michelle E. Gorden, Esq., and Thomas H. Tousley, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before HAWKINS, MCKEOWN, and CLIFTON, Circuit Judges.

MEMORANDUM \*\*\*

Even if Gonzalez–Garibaldo's petition for review is timely, her lawyer received notice of the rescheduled hearing, which complied with 8 U.S.C. § 1229(a)(2). *See Garcia v. INS,* 222 F.3d 1208, 1209 (9th Cir.2000). Gonzalez–Garibaldo did not advance and cannot make out a claim for ineffective assistance of counsel as an exceptional circumstance under 8 U.S.C. § 1229a(b)(5)(C)(i), because she did not follow the procedures established by the BIA in *Matter of Lozada,* 19 I. & N. Dec. (BIA 1988), and adopted by this Court. *See, e.g., Lo v. Ashcroft,* 341 F.3d 934, 937 (9th Cir.2003) (holding that ineffective assistance of counsel may constitute an exceptional circumstance, but that a petitioner must substantially comply with the procedures articulated in *Lozada* ). Finally, the BIA was well within its discretion to dismiss the appeal for failure to file a brief.

PETITION DENIED.

---

\* Attorney General Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.